# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| John Raines, et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Steel Rock Commercial, LLC,<br><br>　　　　　Defendant. | **COURT MINUTES**<br>BEFORE: Eric C. Tostrud<br>U.S. District Judge<br><br>Case No:　　　　　20-cv-2124 ECT/KMM<br>Date:　　　　　　December 21, 2020<br>Court Reporter:　Tim Willette<br>Courthouse:　　　St. Paul<br>Courtroom:　　　 Video<br>Time Commenced: 9:00 a.m.<br>Time Concluded:　9:13 a.m.<br>Time in Court:　 13 Minutes |

### APPEARANCES:

Plaintiffs:　　Nathan Boone, Kutak Rock LLP

Defendant:　　No appearance.

### HEARING ON:

MOTION for Default Judgment as to filed by John Nesse, John Raines, John Raines. [ECF No. 9]

### PROCEEDINGS:

The motion was moved, argued and taken under advisement.  Order to follow.

s/ R. Morton<br>
Courtroom Deputy